UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br>ROSALIE AUBREE GUANCIONE,<br>　　　　Debtor.<br><br>ROSALIE A. GUANCIONE,<br>　　　　Plaintiff,<br>　　v.<br>DANIEL I. WERFEL,<br>　　　　Defendant. | Case No.  5:14-cv-02615-EJD<br><br>**ORDER DISMISSING CASE** |

On March 4, 2015, the court ordered Plaintiff Rosalie A. Guancione ("Plaintiff") to show cause in writing by March 13, 2015, why this case should not be dismissed for lack of prosecution after Plaintiff failed to take further action subsequent to initiating the appeal.  See Docket Item No. 3.  Plaintiff has not complied with the show cause order as directed.

Accordingly, this case is DISMISSED WITH PREJUDICE for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and Federal Rules of Bankruptcy Procedure 8003(a)(2) and 8009(g).  The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated:  March 17, 2015

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:14-cv-02615-EJD
ORDER DISMISSING CASE